*FLN (Rev. 3/2007) Deficiency Order*                                               *Page 1 of 1*
*3:02cr44LAC - UNITED STATES OF AMERICA vs. ANTONIO CASTRO-JIMENEZ*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

        vs                                     Case No.3:02cr44LAC

ANTONIO CASTRO-JIMENEZ

## ORDER

Your document, **REQUEST TO PRESENT AND SUBMIT A MOTION UNDER 28 U.S.C. §2255 AFTER THE ONE YEAR FROM LATEST DECISION HAS EXPIRED** was referred to the undersigned with the following deficiencies:

> The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that the document shall remain in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.

DONE and ORDERED this 27th day of August, 2008.


                                                 *s/L.A. Collier*
                                                 LACEY A. COLLIER
                                                 SENIOR UNITED STATES DISTRICT JUDGE