UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                    CASE NO. 3:02cr44 LAC

ANTONIO CASTRO-JIMENEZ

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on ___AUGUST 27, 2008___
Motion/Pleadings: __REQUEST TO PRESENT AND SUBMIT A MOTION UNDER 28 U.S.C.§ 2255 AFTER THE ONE YEAR FROM LATEST DECISION HAS EXPIRED__
Filed by __DEFENDANT PRO SE__ on __8/27/08__ Doc.# __34__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                         Deputy Clerk: Mary Maloy

# *ORDER*

Upon consideration of the foregoing, it is ORDERED this 2nd day of September, 2008, that:

(a) The relief requested is **DENIED**. The district court lacks jurisdiction to consider the timeliness of a § 2255 petition until it is actually filed. *See Green v. United States*, 260 F.3d 78, 82 (2nd Cir. 2001); *United States v. Leon*, 203 F.3d 162, 163 (2nd Cir. 2000); *United States v. McFarland*, 125 Fed.Appx. 573, 2005 WL 768731 (5th Cir. 2005); *Reed v. United States*, 13 Fed. Appx. 311, 2001 WL 700811 (6th Cir. 2001).

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.